```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

LYNNE YOUNGER AND
MICHAEL YOUNGER                                          PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:04-cv-786(DCB)(JCS)

MITCH HALE, ROBERT D. HALE, JANE HALE,
LUCAS HALE, R. MITCHELL HALE, AND
SUZYN HALE, INDIVIDUALLY AND D/B/A
HALE'S FIREWORKS, HALE'S FIREWORKS, LLC,
AND JAY HOWELL                                           DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the defendants' renewal of their motion for summary judgment, and summary judgment in favor of the defendants having been granted as to all claims against them in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice, all costs assessed to the plaintiffs.

SO ORDERED AND ADJUDGED, this the __14th__ day of August, 2006.


                              ____s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE